## 17388. Ruis *v.* The State.

Broyles, C. J. The evidence, while circumstantial, was sufficient to exclude every reasonable hypothesis except that of the defendant's guilt. The refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Decided July 14, 1926.

Larceny; from city court of Alma—Judge Tuten. March 13, 1926.

*H. L. Causey,* for plaintiff in error.

*C. A. Williams, solicitor,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.

## 17400. Hogan *v.* The State.

Broyles, C. J. 1. That one of the jurors who tried the defendant was under 21 years of age, and that his name was not in the jury-box of the county, is not ground for a new trial. Causes of challenge *propter defectum* to a juror must be discovered and urged before the verdict is returned. *Henderson* v. *Fox,* 83 *Ga.* 233 (7) (9 S. E. 839).

2. The verdict was authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial show error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Decided July 14, 1926.

Violating liquor law; from Twiggs superior court—Judge Camp. April 17, 1926.

*H. F. Griffin Jr., J. D. Shannon,* for plaintiff in error.

*Fred. Kea, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1157, n. 62.
Juries, 35 C. J. p. 417, n. 22 New.